IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL DeANGELO GRIFFIN | ) |
| | ) |
| v. | ) CV. NO. 09-J-8002-S |
| | ) CR. NO. 05-C-458-S |
| UNITED STATES OF AMERICA | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on July 28, 2009 recommending that the motion to vacate be dismissed as untimely and, alternatively, denied on the merits. The parties were allowed fifteen days in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the motion to vacate is due to be DISMISSED as untimely and, alternatively, DENIED on the merits. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 25th day of August, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE